**Opinion issued December 22, 2016**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-16-00778-CV

————————————

**MARYANNE PHILLIPS, Appellant**

**V.**

**STARWOOD WAYPOINT TRS LLC, Appellee**

On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1080615

## MEMORANDUM OPINION

Appellant has filed a "Motion for Nonsuit" that we construe as a motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). No other party has filed a notice of appeal and no opinion has issued. *See id.* 42.1(c). Further, although appellant failed to include a certificate of conference in her motion, appellant's motion

includes a certificate of service, more than ten days have passed since the motion was filed, and no party has responded to the motion. *See id.* 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal. *See id.* 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Bland.